**Edward M. Morgan, Esq. - State Bar No. 273336**
**DOWNTOWN L.A. LAW GROUP**
601 N. Vermont Ave.
Los Angeles, CA  90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Edward@downtownlalaw.com

Attorneys for Plaintiff
GEVORG HOPE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORG HOPE, an individual. | Case No.: |
| Plaintiff, | (UNLIMITED CIVIL ACTION) |
| v. | **COMPLAINT FOR DAMAGES** |
| UNITED STATES OF AMERICA; COUNTY OF SAN BERNARDINO, a public entity; STATE OF CALIFORNIA, a public entity; and DOES 1 to 50, inclusive. | 1. NEGLIGENCE – MOTOR VEHICLE |
| Defendants. | |

COMES NOW PLAINTIFF GEVORG HOPE, complaining of Defendants and alleges as follows:

///

# I.
# JURISDICTION

1. This action is brought pursuant to the Tort Claims Act, 28 U.S.C. §2671 et seq. Jurisdiction is founded on 29 U.S.C. §§1346(b).

# II.
# VENUE

2. Venue is proper in the Eastern District of California. The motor vehicle accident giving rise to this complaint occurred at or near Park Blvd. & Grand View Circle, Joshua Tree, CA 92252, which is within the present judicial district. Plaintiff also resides within this judicial district.

# III.
# PARTIES

3. Plaintiff GEVORG HOPE (hereafter "PLAINTIFF") is and at all relevant times was a resident of San Bernardino County, California.

4. At all times relevant herein, the Defendant UNITED STATES OF AMERICA is a governmental agency.

5. At all times relevant herein, the Defendant COUNTY OF SAN BERNARDINO is a public entity.

6. At all times relevant herein, the Defendant STATE OF CALIFORNIA is a public entity.

# IV.
# FACTS COMMON TO ALL ACTIONS

7. On or about January 2, 2022, Plaintiff was lawfully operating her vehicle southbound on Park Blvd. near Grand View Circle. Defendants' employee ASHLEY ELIZABETH MCSHANE, operating a U.S. Postal Service mail-delivery truck, operated her vehicle southbound on Park Blvd. and made an abrupt u-turn directly in front of Plaintiff's vehicle without

caution and in such an unsafe manner that it violently collided into Plaintiff's vehicle.

8. On said date, ASHLEY ELIZABETH MCSHANE, an employee of Defendants UNITED STATES OF AMERICA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA drove carelessly, negligently and with extreme recklessness, including, but not limited to, made an abrupt u-turn directly in front of Plaintiff's vehicle without caution and in such an unsafe manner.

9. In making an abrupt u-turn directly, ASHLEY ELIZABETH MCSHANE, an employee of Defendants UNITED STATES OF AMERICA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA carelessly and negligently struck GEVORG HOPE's vehicle as it traveled southbound on Park Blvd..

10. On June 27, 2022, the Plaintiff submitted a claim based on the allegations herein to the UNITED STATES OF AMERICA for administrative settlement. The Defendant UNITED STATES OF AMERICA did not expressly deny the claim and six months have passed. Accordingly, Plaintiff has complied with the requirements of the Federal Tort Claims Act for the timely filing of claims.

11. Defendants COUNTY OF SAN BERNARDINO; and DOES 1 through 50, were served with a claim for damages pursuant to Government Code Section 911.2 on or about June 27, 2022 and was rejected on August 10, 2022.

12. Defendants STATE OF CALIFORNIA; and DOES 1 through 50, were served with a claim for damages pursuant to Government Code Section 911.2 on or about June 27, 2022 and has not been rejected by Defendant STATE OF CALIFORNIA.

///

## V.

## FIRST COUNT/CAUSE OF ACTION

## NEGLIGENCE - MOTOR VEHICLE

13. Plaintiff incorporates herein by reference paragraphs 1 through 12, above as though fully set forth herein.

14. On January 2, 2022, a U.S. Postal Service mail-delivery truck was operated by ASHLEY ELIZABETH MCSHANE, a Defendants' UNITED STATES OF AMERICA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA agent or employee as she was in the course and scope of her employment with Defendants UNITED STATES OF AMERICA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA.

15. ASHLEY ELIZABETH MCSHANE, Defendants' UNITED STATES OF AMERICA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA employee was driving negligently and carelessly, including but not limited to, making an abrupt u-turn directly in front of Plaintiff's vehicle without caution and in such an unsafe manner.

16. Defendants UNITED STATES OF AMERICA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA and its agents and employees acted carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly and wrongfully entrusted, permitted, managed, serviced, repaired, inspected, maintained, operated, controlled, and drove the U.S. Postal Service Truck as to proximately cause the same to collide against the vehicle which Plaintiff, GEVORG HOPE, was then operating, as aforesaid, thereby proximately causing the injuries and damages hereinafter mentioned.

17. ASHLEY ELIZABETH MCSHANE, a Defendants' UNITED STATES OF AMERICA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA employee was also negligent in failing to keep attentive as to her whereabouts and oncoming traffic.  Said Defendant knew or should have

known that there was oncoming traffic and made an abrupt u-turn directly in front of Plaintiff's vehicle without caution and in such an unsafe manner, all of which negligence, carelessness and recklessness constituted the proximate cause of her striking Plaintiff's vehicle.

18. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiff was injured about his body and its members and was rendered sick, sore, lame and disabled, and was injured in health, strength and activity, a portion of said injuries being permanent. As a result of said injuries, Plaintiff has had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety.

19. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiff suffered grave and serious mental anguish, fear, anxiety and illness, a portion of said injuries being permanent. As a proximate result of said injuries and damages, Plaintiff has had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety.

20. By reason of said injuries, Plaintiff has incurred, and probably will incur in the future, hospital, surgical, ambulance, medical, nursing and household expenses, all to his further damage.

21. By reason of said injuries, Plaintiff was unable to do his usual work for a period of time, has been unable to do a portion of his work since that time, will be partially disabled in the future and has sustained damage to his future earning capacity, all to this damages, according to proof.

22. By reason of said injuries, Plaintiff has sustained damage to his future earning capacity, all to his further damage, according to proof.

///

///

///

23. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, Plaintiff's vehicle sustained damage, according to proof.

24. By reason of said collision, Plaintiff was deprived of the use of a vehicle for a period of time, all to Plaintiff's further damage, according to proof.

## VI.
## PRAYER

WHEREFORE, Plaintiff demands the following relief, jointly and severally, against all the Defendants;

a) For damages for injuries sustained due to the negligence of Defendants' UNITED STATES OF AMERICA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA agents and employees, including past and future medical expenses, lost wages, loss of earning capacity, pain and suffering, mental anguish, and all other appropriate damages resulting from his injuries.

b) Costs of suit necessarily incurred herein; and

c) Such further relief as the Court deems just or proper.

DATED: January 4, 2023                    **DOWNTOWN L.A. LAW GROUP**

_____
Edward M. Morgan, Esq.
Attorneys for Plaintiff
GEVORG HOPE

///
///
///
///
///

## JURY TRIAL DEMAND

Plaintiff demands trial by jury of all issues so triable.

DATED:  January 4, 2023               **DOWNTOWN L.A. LAW GROUP**

_____
Edward M. Morgan, Esq.
Attorneys for Plaintiff
GEVORG HOPE